PER 18 U.S.C. 3170

| | |
|---|---|
| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** | |
| BY: ☑ INFORMATION ☐ INDICTMENT | CASE NO. 24-74  SECT. G  MAG. 4 |
| Matter Sealed: ☐ Juvenile ☐ Other than Juvenile<br>☐ Pre-Indictment Plea ☐ Superseding ☐ Defendant Added<br>☐ Indictment ☐ Charges/Counts Added<br>☐ Information | USA vs.<br>Defendant: PRIVE OVERSEAS MARINE, LLC // PRIVE SHIPPING DENIZCILIK TICARET, A.S. |
| Name of District Court, and/or Judge/Magistrate Location (City)<br>UNITED STATES DISTRICT COURT  EASTERN<br>DISTRICT OF LOUISIANA  Divisional Office | Address: |
| Name and Office of Person Furnishing Information on THIS FORM: Ashley Guidry<br>☒ U.S. Atty ☐ Other U.S. Agency<br>Phone No. (504) 680-3000 | ☐ Interpreter Required   Dialect: |
| Name of Asst. U.S. Attorney (if assigned): G. Dall Kammer | Birth Date ____   ☐ Male ☐ Female   ☐ Alien (if applicable) |
| **PROCEEDING** | |
| Name of Complainant Agency, or Person (& Title, if any)<br>CGIS, SA Jose Santiago | Social Security Number  XXX-XX- |
| ☐ person is awaiting trial in another Federal or State Court (give name of court) | **DEFENDANT** |
| ☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District | Issue: ☐ Warrant ☑ Summons<br>Location Status:<br>Arrest Date ____ or Date Transferred to Federal Custody ____ |
| ☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:<br>☐ U.S. Atty ☐ Defense<br>☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)<br>☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under<br>SHOW DOCKET NO.<br>MAG. JUDGE CASE NO. | ☐ Currently in Federal Custody<br>☐ Currently in State Custody<br>  ☐ Writ Required<br>☐ Currently on bond<br>☐ Fugitive<br><br>Defense Counsel (if any): John Kinchen<br>☐ FPD ☐ CJA ☑ RET'D<br>☐ Appointed on Target Letter |
| Place of offense: EDLA and elsewhere  County | ☐ This report amends AO 257 previously submitted |

**OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS**

Total # of Counts ____ (for this defendant only)

| Offense Level (1, 3, 4) | Title & Section / (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 4 | 18 U.S.C. § 371 | Conspiracy | 1 |
| 4 | 33 U.S.C. § 1908(a), 18 U.S.C. § 2 | Act to Prevent Pollution from Ships | 2 |
| 4 | 18 U.S.C. §§ 1505 & 2 | Obstruction of Justice | 3 |
| 4 | 18 U.S.C. §§ 1519 & 2 | Obstruction of Justice | 4 |