# __*MAGISTRATE CASE NUMBER**

# *OR*

# <u>X</u>__*NO MAGISTRATE PAPERS WERE FOUND*

# *FOR*

# NAME: <u>PRIVE OVERSEAS MARINE, LLC; PRIVE SHIPPING DENIZCILIK TICARET, A.S.</u>

# Initials: <u>PLH</u>