UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATE OF AMERICA | * | CRIMINAL NO.: 24-74 |
| | * | |
| v. | * | SECTION: G |
| | * | |
| PRIVE OVERSEAS MARINE, L.L.C. | * | |
| and | * | |
| PRIVE SHIPPING DENIZCILIK | | |
| TICARET A.S. | | |

ENVIRONMENTAL COMPLIANCE PLAN

1

## ENVIRONMENTAL COMPLIANCE PLAN

The following standards and requirements for an Environmental Compliance Plan ("ECP") have been prepared pursuant to the Plea Agreement dated this same date between the Defendants, Prive Shipping Denizcilik Tacaret A.S. ("Prive Shipping") and Prive Overseas Marine, L.L.C. ("Prive Overseas") (collectively, "Defendants" or "Prive"), and the United States Attorney's Office for the Eastern District of Louisiana and the Environmental Crimes Section of the United States Department of Justice ("United States"). Compliance with all terms and standards of the ECP is a requirement of the Plea Agreement and is an agreed upon special condition of Defendants' probation. This ECP applies to Defendants that are directly affiliated with the Covered Vessels (defined in Section I) or that assist Defendants in fulfilling their obligations under the ECP. For the purposes of this ECP, hereinafter, "the Government" means the Environmental Crimes Section ("ECS"), the United States Attorney's Office for the Eastern District of Louisiana ("EDLA"), the United States Probation Office for the Eastern District of Louisiana ("USPO-EDLA") and the United States Coast Guard Commandant, Office of Vessel Activities ("CG-INV").

This ECP is subject to approval by the Court and the USPO-EDLA.

## I.    APPLICABILITY AND PURPOSE

### A.    Applicability

This ECP applies to all oceangoing vessels that are owned, operated, commercially managed, or technically managed by Prive Overseas, Prive Shipping, or any other related company and which are listed in Attachment 1 ("the Vessels" or "Covered Vessels").[1] Attachment 1 may be modified from time to time based upon changes to the list of vessels for which Prive Overseas, Prive Shipping, or any other related company, is the owner, operator, commercial manager, or technical manager, as further described in Section X. All of the vessels listed in Attachment 1 shall be subject to the requirements of this ECP. All vessels owned, operated, commercially managed, or technically managed by Prive Overseas are subject to this ECP. Vessels for which Prive Overseas has relinquished ownership, operation, commercial management, or technical management responsibilities, based on a well-documented contract to a true third party, shall be excluded from the requirements of this plan on the date Prive Overseas relinquishes such responsibilities. Notification of such relinquishment shall be made in accordance with the

---

[1] At the time of the Plea Agreement of this matter the fleet previously technically managed by Prive Shipping is now technically managed by Prive Overseas. Prive Shipping, its owners, and certain related entities, including the parent corporation Prive Holding, have an interest in the ownership and operation of these vessels. Accordingly, this ECP is focused on Prive Overseas as the entity that is primarily involved in the technical management of the fleet. Pursuant to the Plea Agreement, Prive Holding has guaranteed the adequate funding of this ECP. Defendants and Prive Holding understand and agree that they may not take any action designed to avoid the obligations of this ECP. However, in the event that a different related entity were to take over technical management, then Defendants and Prive Holding understand and agree that the terms of this ECP and Probation would continue to apply to that entity and the vessels.

requirements of Section X. Prive Overseas shall provide all parties with an updated Attachment 1 identifying applicable vessels on at least a quarterly basis.

### B.    Persons to Whom Applicable

This ECP Vessels, and to all officers, engineers, crew, and employees working aboard Covered Vessels and those ships listed in Attachment 1.

### C.    Purpose

The purpose of the ECP is to ensure that Prive Overseas, including all shoreside offices and Covered Vessels fully comply with all applicable marine environmental protection requirements and all safety requirements established under applicable international, flag state, port state, coastal state, and United States laws including, but not limited to, the International Convention for the Prevention of Pollution from Ships ("MARPOL"), the International Convention for the Safety of Life at Sea ("SOLAS"), and all applicable United States federal and state statutes and regulations including, but not limited to the Ports and Waterways Safety Act ("PWSA"), the Act to Prevent Pollution from Ships ("APPS"), the Clean Water Act ("CWA"), and OPA 90, (MARPOL, APPS, CWA, and OPA 90, collectively, "marine environmental protection requirements"), and to the additional requirements and policies established by this plan itself. In the case of a conflict between this ECP and any of the aforementioned requirements such that the ECP is less restrictive, then the more restrictive authority shall govern.

### D.    Incorporation

This ECP shall be incorporated into the Plea Agreement by reference. Compliance with the ECP shall also be a special condition of probation. Failure to comply with any part of this ECP, including but not limited to, refusal to pay valid charges for the Court Appointed Monitor ("CAM") or the Third Party Auditor ("TPA"), or any failure to provide these or other personnel, auditors or inspectors the material support needed to achieve the objectives of this ECP, or failure to provide full unrestricted access to vessels, facilities, personnel, or documents related to the Covered Vessels and those subsidiaries of Prive Overseas that are assisting Prive Overseas to fulfill its obligations under the ECP (subject only to safety considerations), may be a basis on which the Government may move to revoke or modify Prive Overseas' probation.

### E.    Supplementation of Crews and Shoreside Resources

In the course of implementing this ECP, should inadequacies in the size or capabilities of shoreside staff or vessel crews be determined by the CAM or TPA to be a contributing factor to Defendants' failure to comply with this ECP or the authorities listed in the Purpose section above, Defendants agree to supplement crews as needed, consistent with vessels' lifesaving arrangements, safe manning, and Class limitations, and/or to provide additional shoreside resources.

3



**F.    Consequences of Employee Obstruction of ECP**

Subject to applicable labor laws, Prive Overseas shall take appropriate action, up to and including referral to the flag state, licensing authority, and dismissal, against any employee or agent, including those employed in its shoreside offices and Covered Vessels, who obstructs, hinders, or presents false information or makes false statements related to or required by this ECP, including during any inspection, monitoring, auditing pursuant to this ECP.

**G.    Submission of Documents**

Audits, reports, and other documents required by this ECP shall be submitted to the Office of Probation, the Court Appointed Monitor, and the Government. These submissions, to the maximum extent practical, must be done electronically and contain high resolution photographic and videotaped (if applicable) documentation. The Government will provide to the Defendants at the time of sentencing the contact information for the various government interests that must receive the submissions in addition to the undersigned prosecutors. In addition to any other Coast Guard representatives that will be provided, the following email address must always be included: USCGECP@uscg.mil .

**H.    Modifications**

Any proposed modification to this ECP must be made in writing and signed by an authorized representative of Prive Overseas. Modifications proposed by Prive Overseas shall be submitted to the Government. The Government shall have 45 days from the date of receipt to provide written comments on the proposed modification. If no comments are provided within the 45 day period, the modification will be deemed accepted and shall become effective. If the Government objects and the parties are unable to resolve the issue, either Prive Overseas or the Government may file a motion before the United States District Court with responsibility to supervise probation as designated at the time of sentencing.

**I.    Obligation to Maintain Copies of ECP and EMS**

During the probationary period, a copy of the ECP and EMS (as defined below) must be kept at all times in pre-designated locations within each Covered Vessel where it can be readily accessed by shipboard personnel. Such locations must include the Master's office, the Chief Engineer's office, the engineering control room, and the navigation bridge.

**J.    Right of Inspection**

Prive Overseas understands that representatives of the United States Coast Guard and the U.S. Office of Probation may board, audit, or inspect vessels managed under this ECP at any time while such vessels are found within the jurisdiction of the United States.

4



II.    **CORPORATE STRUCTURE AND RESPONSIBILITIES**

   A.    **Corporate Compliance Manager ("CCM")**

      1.    Within 30 days after the entry of the Plea Agreement, Prive Overseas shall designate a senior corporate officer as the Corporate Compliance Manager ("CCM") who shall report directly to the Managing Director of Prive (the "Prive MD"). The CCM position must be filled by an individual of Prive Overseas (the "Prive Overseas MD"). The CCM position must be filled by an individual with a significant maritime vessel operational background, who possesses the authority to ensure full implementation of this ECP, and who is thoroughly familiar with the requirements of this ECP, and domestic and international maritime environmental laws and regulations. Prive Overseas shall provide the name of its CCM and shall identify means of communicating with the CCM to the Government. The CCM shall not be any person who held a management position of Prive Shipping during the period giving rise to this prosecution.

      2.    The CCM shall be authorized and provided access all records, documents, facilities, and vessels throughout Defendants' organizations if needed for the purpose of implementing this ECP.

      3.    The CCM shall work closely with the TPA and CAM to ensure that the audits to be performed by the Marine Safety Environmental Quality ("MSEQ") Department and the TPA under this plan are carried out.

      4.    The CCM shall be responsible for ensuring that findings, observations or recommendations resulting from any audit under this ECP are appropriately documented, tracked, and resolved and that such resolutions are thoroughly documented in a format that can be readily audited. This documentation shall be made available to the CAM and TPA, as well as any person performing audit functions under this ECP, to the USPO, and the Government.

      5.    The CCM shall be responsible for developing a tracking mechanism to ensure that Prive Overseas takes corrective action on recommendations made by the TPA, within a time frame of 60-90 days. In addition to developing the tracking mechanism, the CCM shall be responsible for ensuring actual corrective action is taken by Prive Overseas on recommendations made by the TPA. In the event that corrective action takes longer than 90 days, the CCM shall ensure corrective action is taken as soon as possible, and shall notify the TPA, CAM, and the Government of the delay and the reason(s) for delay.

      6.    The CCM shall be responsible for establishing and overseeing Prive Overseas' Open Reporting System, as described more fully below.

5



7.  The CCM shall be responsible for ensuring the full development, implementation and documentation by Prive Overseas of an Environmental Management System ("EMS") as described more fully below.

8.  The CCM shall be responsible for developing a comprehensive budget process to ensure on an annual basis that each vessel is provided adequate funding for shoreside disposal of wastes, including bilge water, (without limitation to charterer's primary obligation for any shoreside disposal of bilge water for which charterer is responsible), sludge, garbage, and the minimization and management of waste streams, and the maintenance and technical upgrades of environmental equipment and funding necessary to meet all the other requirements of this plan. Such budgets shall include a documented methodology on the determination of quantities estimated to be sent ashore and or processed by the vessel. The CCM shall be responsible for annually certifying in writing the adequacy of vessel operating budgets, including costs related to the operation, maintenance and repair of pollution prevention equipment, use of shoreside reception facilities, labor costs relating to maintenance of machinery spaces and other related costs necessary to meet the objectives of the ECP. The certification shall include a narrative summary in the aforementioned areas and explain the analysis used to determine if such budgets are adequate or not.

9.  The CCM shall immediately review, investigate, and document reports of non-compliance received from employees and shall initiate, monitor, and document all actions taken as a result of such reports. The CCM shall maintain records of such reports and action taken and shall make them available for review by the TPA and the CAM. The CCM shall notify the TPA , CAM, USPO, and Government immediately of any reports of non-compliance received from its agents or employees, to include all shoreside staff and crew.

10. Within 30 sentencing, the CCM shall develop and communicate to all shoreside and shipboard personnel the following Prive Overseas' policies: (1) all shoreside and shipboard personnel are expected to comply with all applicable laws, including MARPOL and this ECP; (2) Prive Overseas maintains an anonymous open reporting system as set forth below; (3) shoreside and shipboard personnel shall not follow orders that involve a violation of law including orders to pollute, violate MARPOL, make false documents, or make false statements to port state authorities, and that any such order shall be reported as soon as possible to the CCM; (4) retaliation against those who report noncompliance internally or externally will not be tolerated and any such retaliation will be grounds for discipline or dismissal subject to applicable labor laws; (5) failure to notify the CCM regarding any violation of this ECP, the EMS, or other maritime environmental protection requirements, grounds for discipline or dismissal, subject to applicable

labor laws; and (6) employees may contact the CAM directly regarding non-compliance or violations of law.

11.　The CCM shall be responsible for ensuring that each new employee, or hire, is trained prior to working in any office or vessel that environmental and safety policies and compliance with the law, including accurate and truthful record-keeping, are extremely important and the company encourages violations to be promptly and fully reported, and will take appropriate disciplinary actions for any violations.

12.　The CCM shall be responsible for ensuring the development of the Training Requirements detailed in Attachment 3.

13.　The CCM shall be responsible for ensuring the full implementation of the Engineering Requirements established in Section VIII of this ECP.

14.　The CCM shall be responsible for ensuring the development and maintenance of a system to track and report each vessel's storage, treatment processing, and disposal of all waste streams, including quantities and capacities, as well as garbage production and management.

**B.　Marine Safety Environmental Quality**

1.　Prive Overseas shall maintain an internal group designed to ensure quality assurance and operational integrity. This group may consist of members of the MSEQ Departments under the direction of the MSEQ Manager and CCM respectively. The heads of this group shall report directly to the Prive Overseas MD. This group shall:

a.　Conduct internal audits of 100 percent of the vessels subject to this ECP annually to ISM Code requirements (incorporating safety, environmental, and technical management criteria);

b.　Receive and investigate Open Reports, and report findings to the Prive Overseas MD;

c.　Investigate vessel casualties and oil pollution incidents as directed by the Prive Overseas MD;

d.　Make recommendations to the CCM regarding improvements to the EMS.

2.　Technical and Marine Superintendents may serve as members of the quality assurance and operational integrity group, but such personnel may not conduct audits of vessels for which they hold technical management responsibility.

7

**C.**  **Reporting of Non-Compliance by Employees and Crew Members (Open Reporting)**

1. Prive Overseas shall maintain an Open Reporting System by which shoreside and vessel employees may anonymously report issues of non-compliance with this ECP, the EMS, safety, and other marine environmental protection requirements via free email and toll-free phone number (any expenses related to such a call shall be borne exclusively by Prive Overseas and not the mariner/employee).

2. Prive Overseas must provide crew members with information about Prive Overseas' Open Reporting System prior to each term of employment and shall inform its crewmember employees of the availability of this reporting system by posting notices in lounge spaces of officers and crewmembers, the engine control room, common areas of the vessels, as well as through company publications and organization-wide announcements issued on at least a semi-annual basis.

3. The Open Reporting System policy shall include provisions that affirmatively encourage reporting and prohibit retaliation against those who report non-compliance.

4. The CCM shall be responsible for developing and maintaining the Open Reporting System.

5. The CCM shall make arrangements to ensure anonymity of such reporting when desired by the individual making the report.

6. The CCM, CAM, and TPA shall be immediately informed of all such Open Reports.

7. Prive Overseas shall publish reports to all shoreside and shipboard personnel on at least a semi-annual basis concerning the Open Reporting System to demonstrate that the system is working. Such reports to the fleet shall be generated even if no open reports have been received during the prior six months.

**D.**  **Corporate Accountability**

1. The CCM shall make quarterly reports to the Prive Overseas Officers and MD concerning compliance with and implementation of this ECP, the EMS, and other maritime environmental protection requirements.

2. Annually, the CCM shall provide a summary of the reports to Prive Overseas' shareholders. All issues of non-compliance will be communicated, along with any corrective action taken. Copies of these

annual reports shall be provided to the CAM, TPA, USPO and the Government.

3. The CCM shall ensure immediate notification to the Government of any circumstances where Prive Overseas fails to fully support and finance the implementation of this ECP and the EMS.

### E. Full Company-Wide Cooperation

1. Defendants shall communicate to its shipboard and shore staff its commitment to environmental compliance and that Defendants are on probation and subject to an ECP including Court supervision and a CAM, and to all policies and terms required by this ECP.

2. In the first quarter of every year, Senior Management of Prive Overseas shall communicate to its shipboard and shore staff by the most effective electronic manner possible, its commitment to the environment, safety, quality, and commitment to this ECP.

3. The CCM shall take all necessary steps to ensure the full cooperation of all shoreside and shipboard personnel during all activities required by this ECP and EMS.

4. Prive Overseas shall provide cooperation to all persons performing audits and inspections, regardless of location. The CCM shall ensure that the TPA CAM and any other inspection, auditing, or monitoring personnel involved in the auditing of any vessel have complete unrestricted access to all vessel areas (subject only to safety considerations), documentation, personnel, material, and equipment. Every audited vessel or office shall provide private locations for one-on-one interviews between employees and various inspection, auditing, or monitoring personnel.

## III. VESSEL PERSONNEL

### A. Chief Engineer

1. Chief Engineers on board all Covered Vessels subject to this ECP shall:

   a. Ensure complete compliance with the Engineering Requirements established in Section VIII of this plan (as applicable to his/her vessel).

   b. Assist in the audit process to ensure complete compliance with the various requirements, policies and procedures addressed in Section VIII.

9



c.    Measure, monitor, and manage shipboard machinery space generated wastes and the conditions of any equipment having oil to sea interfaces on a daily basis (weather and safety permitting).

d.    Timely resolve (through repairs and/or applicable EMS procedures) engine room, machinery space, or related environmental concerns, such as inoperative or ineffective pollution prevention equipment, waste handling or monitoring equipment, and leakages ( except those necessary for packing cooling) stemming from pump seals, packing glands or line breaks, or due to any other causes contributing to the accumulations of bilge fluids, oily mixtures and sludge type wastes.

e.    Ensure that all Engine Room wastes that are subject to special handling requirements are properly managed.

f.    Ensure that all shipboard engine room personnel have appropriate training on environmental policies and procedures, including but not limited to training on the operation and use of pollution prevention equipment, bilge and ballast pumps, incinerator, Oil Water Separator ("OWS") and the making of entries in the Oil Record Books, Garbage Record Book or any other logs required by this ECP or other maritime environmental protection requirements.

g.    Ensure that the Chief Engineer's handover notes include an environmental component and description of the current status of operation, maintenance, and repair, for the Incinerator, OWS, Oil Content Monitor ("OCM") and other pollution prevention procedures or equipment, the status of spare parts for the aforementioned equipment, and an estimation of the day-to-day bilge loads and accumulations. If a company-specified format for handover notes is used, this shall require descriptive entries as stated above, not solely answers marked as "Yes" or "No."

h.    Ensure that all Engine Room records, soundings, and tank measurements are accurate and recorded truthfully. Ensure that rough notes, sounding logs and/or other documents used by engine room personnel to record tank soundings and monitor tank levels are maintained throughout the course of probation.

i.    Report all instances where inadequate response associated with spare parts delivery, maintenance and repair, or other factors caused conditions leading to excessive production in shipboard waste streams.

**B.    Master**

1.    In addition to any other existing statutory and regulatory requirements, the Master of each Covered Vessel bound for the United States shall ensure that prompt reports are made to the United States Coast Guard of any equipment malfunction related to marine environmental protection requirements, in its 96-hour Electronic Notice of Arrival ("eNOA") into a U.S. port. Additionally, such reports shall be copied to the United States Coast Guard Captain of the Port of the next port of call in the United States. For each Covered Vessel arriving in a U.S. port, the Master shall state in the eNOA that the company is on probation, and whether the ODME, OWS, and OCM are operational, and when they were last used. In addition to his regular duties, the Master shall:

a.    Ensure crewmembers' compliance with the ECP, the EMS, MARPOL, Ballast Water Management and all applicable maritime pollution protection requirements, including EPA Vessel General Permit ("VGP") requirements in US waters. Crewmember compliance with such requirements will be incorporated as a positive factor in performance evaluations. Failure to comply with such requirements will be incorporated as a negative factor in performance evaluations and may lead to dismissal or non-rehire.

b.    Maintain on board the vessel all records required by international conventions and treaties including SOLAS, the ISM Code, MARPOL, applicable State and Federal statutes and regulations, and any additional documents or records required under this ECP and EMS. Records shall be maintained for the period specified by the vessel's Flag Administration or the relevant law. Additionally, the Master will make such records available to the TPA, CAM, and the Government upon request.

c.    Ensure that every crewmember has received appropriate training necessary to ensure compliance with this ECP, the EMS, and other maritime pollution prevention requirements and that the proper records of all training on environmental matters are maintained.

d.    Maintain replacement Environmental Tags and used Environmental Tags as set forth in Section VIII of this ECP in the vessel's safe and inspect each damaged Environmental Tag number to ensure Environmental Tags having identical numbers are never used. Include an inventory of the unused Environmental Tags as a required component of the Master's handover notes.

e.    Ensure the use of, and personally review, handover notes for the Master, Chief Officer, Chief Engineer, and Second Engineer. Ensure that such handover notes shall include a descriptive environmental

11



compliance component and include information related to the operation, malfunction, calibration, status, handling and discharge of all required pollution prevention equipment including the ODME, OWS, OCM, Incinerator and all related pumps, and the volume and location of all vessel generated wastes or garbage onboard.

## IV.    SHORESIDE PERSONNEL SERVING IN ANY CAPACITY

### A.    Operation, Maintenance, and Repair Personnel

Prive Overseas shall require all shoreside employees having routine involvement with any aspect of the technical management, maintenance, and repair of Covered Vessels to report in writing any information related to the vessel's or crew's inability to comply with this ECP or any other marine environmental protection requirement. This may include, but is not limited to, information learned from reviewing or working on orders to purchase lubrication oils, spare parts for pollution prevention equipment or equipment having oil-to-sea interfaces, requests for additional cleaning crews, reviewing or receiving information related to repairs or replacement of pollution prevention equipment, piping, or related systems, discussions with shipboard personnel, or employment of divers for underwater surveys. Such information shall also include knowledge obtained during any ship visits, audits, or inspections, regardless of the stated purpose of the particular visit, audit, or inspection.

### B.    Engineering Personnel

Shoreside engineering personnel shall develop and implement a system to identify critical components such as pump seals, flange gaskets, etc., that require rapid replacement in order to minimize leakages and reduce waste stream development in machinery spaces.

### C.    Spare Parts Identification and Rapid Replacement Program

Prive Overseas shall implement a spare parts identification and rapid replacement program covering all pollution prevention equipment. Prive Overseas agrees to maintain a centralized system for managing critical equipment spare parts ordering and distribution. Prive Overseas further agrees to review, and, to the extent feasible, harmonize its pollution prevention equipment on board all of its vessels to minimize fleet wide difficulties associated with the operation, maintenance, and repair of the equipment, the replacement of various components, and the training of personnel. The Purchasing Department (or equivalent) shall be trained in recognizing critical equipment spare orders and supplying such spares to vessels with a minimum of delay.

## V.    COURT APPOINTED MONITOR

### A.    Selection of Court Appointed Monitor

As part of the ECP, Prive Overseas agrees to pay for a CAM who will be selected by the Government and appointed by the Court, and who will be tasked to report to the Court, Office of Probation, and the Government throughout the probation period. Within 30 days from the entry of

12



the plea agreement, Prive Overseas will submit a list of five qualified candidates for the CAM position to the Government. If the Government does not approve of any of the candidates, then the Government may request Prive Overseas to nominate additional candidates. The Government may require a new CAM at any time during the period of probation if it finds the CAM's work unsatisfactory. Any proposed contracts between Prive Overseas and the CAM will be submitted to the Government for review and approval before being finalized. The CAM may not have been previously employed by Prive Overseas or any related entity.

**B.      Contractual Independence**

During the term of probation, the CAM shall not directly own any stock or share in Prive Overseas, and Prive Overseas shall not directly own any stock or share in the CAM. The CAM shall have no other contractual or business relationship with Prive Overseas, other than that of the CAM. The CAM must exercise independent judgment and ensure that the objectives of this ECP are met. Prive Overseas shall not directly or indirectly employ the CAM in any other capacity other than as the CAM for this ECP during the period of probation or for one year thereafter. Prive Overseas and the CAM shall timely notify the Government if any contractual relationships or proposed contractual relationships, including potential post-probation relationships, between Prive Overseas and the TPA are discussed. Prive Overseas may not request or receive advance or draft copies of, or edit or propose changes to any document, report, or communication of any kind from the CAM prior to its issuance during this ECP.

**C.      Staff Qualifications**

The CAM must have staff with the following experience:

1.      expertise and competence in the regulatory programs under United States and international marine safety and environmental laws; and

2.      expertise and competence to assess whether Prive Overseas has adequate management systems, particularly human and fiscal resources, in place to ensure regulatory compliance, correct non-compliance, and prevent future non-compliance; and

3.      demonstrated capability to evaluate Prive Overseas' effort and commitment in satisfying the requirements of this ECP and the Prive Overseas Quality Management System (or equivalent), including the EMS.

**D.      Reports and Notifications**

Prive Overseas shall provide the CAM with full access to all offices, records and Covered Vessels associated with this ECP. Prive Overseas shall further ensure that the CAM is promptly provided with all reports and notifications as established in this plan, as specified in Attachment 5.

13



### E.    Tasks and Responsibilities

The CAM shall be assigned the following tasks and responsibilities and shall be required to provide written submissions to the Government and USPO as follows:

1.   Review the relationship between Defendants and the CAM, and between Defendants and the TPA, and evaluate the adequacy of measures taken to ensure that the CAM and TPA have the authority, budget, and resources to act independently, including the ability to have unfettered access to Defendants' offices, records, and Covered Vessels. Any proposed contracts between Defendants, and/or related entities, and the CAM or the TPA will be submitted to the Government for review and approval.

2.   Conduct a review and submit an annual report to Prive Overseas and the Government regarding the rounds of audits conducted by the TPA pursuant to the Plea Agreement and this ECP. The CAM's reports shall provide a summary of the findings regarding the adequacy of the Audits required by this ECP and the adequacy of recommendations for change, as found necessary.

3.   The annual report shall also include and address any other information of which the CAM becomes aware pertaining to Prive Overseas' capabilities to meet the objectives of this ECP and any other marine environmental protection requirement, including any inadequacies of the TPA or with respect to Prive Overseas' performance, whether personnel-based or related to any of its vessels, systems, equipment, or components.

4.   If the CAM receives information regarding a violation of any existing marine environmental protection requirement or requirement of this ECP, or a failure of Prive Overseas to act upon a recommendation of the TPA, the CAM must promptly report the occurrence to the Government. At any time during the probationary period the CAM may inspect or investigate any aspect of the TPA activities as they relate to the requirements of this plan or with respect to Prive Overseas' technical management of the Covered Vessels, and shall be provided full access to all records, audit personnel, vessels and shore side facilities as is necessary to perform its duties.

5.   Provide any additional reports, in both electronic and hard copy form, to the Government, as requested by the Government or as appropriate and to include inadequacies in the audit process or violations of the terms and conditions of the ECP and EMS, as well as any other findings of significant problems or deficiencies. Make recommendations to the Government as to the adequacy of Prive Overseas in meeting the objectives of this ECP.

6.   During years one through three of the probationary period, conduct a review of Prive Overseas internal environmental audits as necessary to assess the

14



ability of Prive Overseas' internal audit process to accomplish the objectives of this ECP and to identify non-conformities with any other marine environmental protection requirements, including any inadequacies with respect to Prive Overseas' performance, whether personnel-based or related to any of its vessels, systems, equipment, or components. During the final year of the probationary period, conduct a review of all Prive Overseas internal environmental audits to assess the implementation of Prive Overseas' internal audit process. Throughout the probationary period, Prive Overseas agrees to provide the CAM with access to all internal environmental audit reports and supporting documents.

7.  The TPA will perform the Final Audits as described in Section VII.

8.  At the conclusion of probation, the CAM shall report to the Government the total amount that it has billed to and has been paid by Prive Overseas for the performance of services pursuant and related to the ECP.

## VI.  THIRD PARTY AUDITOR

### A.  Selection of Third Party Auditor

As part of the ECP, Prive Overseas agrees to pay for a TPA that will be selected by the Government and who shall report to the Government during the entire period of probation. Within 30 days after the entry of the plea agreement, Prive Overseas shall submit a list of three qualified candidates for the TPA position to the Government. In the event that the Government does not find any of the candidates qualified or if for any other reason the list of candidates is not acceptable to the Government, the Government may request Prive Overseas to nominate additional candidates to serve as the TPA. The Government may require a new TPA at any time during the period of probation if it finds the TPA's work unsatisfactory. Any proposed contracts between Prive Overseas and the TPA will be submitted to the Government for review and approval prior to being finalized.

### B.  Marine Engineer Requirement

The TPA shall have experienced senior level Marine Engineers (Chief, First, or Second Engineers) on staff that will participate in the shipboard machinery space audits.

### C.  Prior Services

An organization that has provided auditing services to Prive Overseas within 1 year prior to the signing of this agreement may be considered by the Government to serve as the TPA, but only if the environmental audit criteria detailed in Section VII of this ECP are followed, and all prior contracts with Prive Overseas, Prive Overseas related entities, and Prive Overseas' counsel are fully disclosed. At the conclusion of probation, the TPA shall report to the Government the total amount that it had billed Prive Overseas for the performance of its services pursuant and related to this ECP.

15



**D.    Duties and Qualifications**

The duties of the TPA shall be to conduct the audits described herein and to issue Reports of Findings. Qualified candidates for the TPA include individuals or firms that have staff capable of applying International Standards Organization ("ISO") 19011 environmental management auditing criteria and have the following experience: experience as a shipboard Chief, First, or Second Engineer; expertise and competence in the regulatory programs under United States and other marine environmental protection requirements; experience in performing environmental audits in industrial or maritime environments; sufficient expertise and competence to assess whether Prive Overseas has adequate policies, procedures and equipment in place to assure compliance with the ECP and to ensure regulatory compliance, correct non-compliance, and prevent future non-compliance. The TPA position shall not be filled by any individual or entity currently associated with the Classification Societies or Flag Administrations to which the vessels listed in Attachment 1 are classed or registered.

**E.    Contractual Independence**

During the term of probation, the TPA shall not directly own any stock or share in Prive Overseas, and Prive Overseas shall not directly own any stock or share in the TPA. The TPA shall have no other contractual or business relationship with Prive Overseas, other than that of the TPA. The TPA must exercise independent judgment and ensure that the objectives of this ECP are met. Prive Overseas shall not directly or indirectly employ the TPA in any other capacity other than as the TPA for this ECP during the period of probation or for one year thereafter. Prive Overseas and the TPA shall timely notify the Government if any contractual relationships or proposed contractual relationships, including potential post-probation relationships, between Prive Overseas and the TPA are discussed. Prive Overseas may not request or receive advance or draft copies of, or edit or propose changes to any document, report, or communication of any kind from the TPA prior to its issuance during this ECP.

**F.    Adequacy of Staff**

The TPA must have adequate staff to perform the work required of this ECP. Due to the in-depth nature of the audit criteria, persons with specialized knowledge and experience will be required to perform the audits. The knowledge, skills and abilities of the TPA and staff must align with the criteria of the audits. Experienced personnel with extensive operational, maintenance and repair of shipboard and machinery space systems, equipment, and components is a prerequisite.

**G.    Access to Records**

Prive Overseas agrees to provide the TPA with full access to all records and any other information associated with this ECP.

1.    In an effort to fully investigate shipboard policies, procedures, conditions and equipment, the TPA may not share in advance with any Prive Overseas personnel its audit checklists or other materials used to perform vessel audits. Audit check list items shall include narrative statements indicating

16



how audit determinations were made. All identified audit check list item deficiencies or major non-conformities shall be described in narrative detail. While Prive Overseas may not share these checklists or the TPA's narratives with other vessels, it may share its own descriptions of lessons learned with other vessels.

2.      The TPA shall have the sole discretion to select which Covered Vessels to review and evaluate, subject to the timing and numbers of audits set forth in Section VII(B), consistent with scheduling and availability of those vessels. The audits may take place overseas, during coastal voyages, and/or in port, as the TPA determines will most effectively and efficiently achieve the objectives of this ECP. As a general matter, the audits shall take place while the Covered Vessels are underway. If, however, it would be impracticable to conduct an underway audit for a Covered Vessel due to the schedule or duration of such vessel's voyages, the TPA-in consultation with the CAM and Prive Overseas-may audit such vessel while it is in port. Audits shall include a comprehensive evaluation of Prive Overseas' technical management of the Covered Vessels. The content of each audit shall follow, at a minimum, the audit criteria addressed in Section VII of this ECP.

3.      If during the audits the CCM or the Government determine that Prive Overseas has inadequate policies, procedures and equipment in place to ensure compliance with this ECP and regulatory requirements, to correct noncompliance, or to prevent non-compliance, Prive Overseas will provide all necessary funding and resources to facilitate implementation of corrective measures recommended by the CCM or the Government. Also, if during any audit a violation of existing marine environmental protection requirements is noted, the TPA shall promptly notify the CCM and the CAM. The CCM shall ensure that the necessary notifications occur as required by applicable international and/or United States laws and regulations. In the event of violations of United States laws and regulations, the CCM shall ensure that the Government is immediately notified.

4.      Conflicts pertaining to the interpretation of this ECP and its requirements (including timetables) or with respect to recommendations made by the TPA to Prive Overseas as a result of an observation, noted deficiency or major nonconformity must be included in the audit report by the TPA and reported to the Government by Prive Overseas.

5.      The TPA shall recommend reasonable machinery space capital improvements, equipment upgrades and replacement if existing equipment is determined to be inadequate to perform its required function or if such technology has become out-of-date due to changes in applicable laws. The TPA shall notify the Government if it determines that Prive Overseas is uncooperative or unwilling to take reasonable action on recommendations.

17



6.  The TPA may expand the number of Covered Vessels examined, subject to the limitations set forth in Section VII(B) and Section X(B)(l), in the event that violations are discovered or if other observations are made indicating potential widespread fleet problems. The TPA may also perform follow-up audits for the purpose of verifying actions taken on recommendations. *See* Section VII.

7.  Prive Overseas agrees to provide, and to require the TPA to provide, to the Government, their contractual agreement detailing the scope of work that the TPA will perform, and to also provide the resumes of the TPA's auditors assigned to conduct shore side and vessel audits.

8.  The TPA shall produce an audit report for each vessel and shore side facility audit conducted pursuant to this ECP. Such report shall contain detailed audit findings, including the basis for each finding, and shall identify any areas of concern. TPA audit reports shall include recommendations to correct any major non-conformities, non-conformities, and observations identified. Prive Overseas shall take action on all recommendations made by the TPA. The TPA shall include information on any immediate corrective measures taken. Further, each report shall include information related to the Audit's administration and identify the following:

    a.  audit scope, including the time period covered by the audit;

    b.  the date(s) the on-site portion of the audit was conducted;

    c.  identification of the audit team members;

    d.  days/hours spent during onboard phase of the audit;

    e.  identification of the company representatives and regulatory personnel observing the audit;

    f.  the distribution list for the audit report;

    g.  a summary of the audit process, including any comments on any obstacles encountered; and

    h.  in the conclusion, whether a follow-up audit of the vessel or shore side facility is recommended within a (specified) timeframe to review corrective and preventive action taken.

9.  The TPA shall submit all audit reports, in electronic form to the CAM, the Government and Prive Overseas. Each audit report shall be accompanied with the audit working papers and any correspondence related to the audits. The TPA shall make hard copies of the audit reports available upon request.

18



10. Each audit report shall also include a narrative of any conflicts in the interpretation of ECP requirements between the auditor and Prive Overseas.

## H.    TPA'S REPORT OF FINDINGS

1. At the conclusion of each annual round of audits, the TPA shall develop a Report of Findings summarizing the audits. A Report of Findings must be completed within 60 days of completion of each annual round of audits. A Report of Findings shall incorporate information obtained from the individual audit reports and shall provide Prive Overseas any recommendations to improve its EMS, including recommendations for follow-up audits when considered necessary.

2. If the TPA concludes it will be unable to complete its annual Report of Findings within the 60 day period and determines that additional time will be needed to analyze available information, or to gather additional information, Prive Overseas may request the Government to grant the TPA such additional time, as required. The Government agrees to support all such reasonable requests.

3. Prive Overseas agrees to develop and submit a response to the TPA's annual Report of Findings to the CAM and the Government for review and comment. Such response shall be due within 60 days of receipt of such Report of Findings. Prive Overseas shall provide hard copies of its response upon request.

4. If Prive Overseas concludes that it will be unable to develop and submit its response within the 60-day period, it may request the Government to grant additional time, as required.

5. The CAM and the Government will have 60 days to reply to Prive Overseas' responses to an annual Report of Findings. If the Government does not provide a reply, the response of Prive Overseas shall be deemed to have been accepted by such entity.

## VII.    AUDITING PROCESS

### A.    AUDIT PHASES

This ECP requires four phases of audits and inspections to be conducted by the TPA and CAM:

1. Initial Audits - TPA

2. Ongoing Audits - TPA

3. Final Audits - CAM

19



4.      Internal Audit Monitoring – Prive Overseas

**B.      Timing and Numbers of Audits**

The timing and numbers of audits shall be as follows:

1.      The Initial Audits (more fully described below) shall commence on the date of sentencing and conclude not later than the end of the second year of probation. The Initial Audits shall include audits of Prive Overseas' shoreside operations related to the technical management of the Covered Vessels, and the vessels identified in Attachment 1 at the time of the entry of the plea. The Initial Audits shall include 100% of the Covered Vessels and shall be conducted as follows: approximately 60% of the Covered Vessels in the first year of probation; and approximately 40% of the Covered Vessels in the second year of probation.

2.      The Ongoing Audits (more fully described below) shall take place during the second and third year of probation and be conducted on 40% of the Covered Vessels.

3.      The Final Audits (described below) shall be conducted during the third and fourth year of probation. The Final Audits shall be conducted on 40% of the vessels. The Final Audits shall also include an audit of Prive Overseas' shoreside operations related to the technical management of the Covered Vessels

4.      During the fourth year of probation, the CAM shall monitor, that is, receive reports and be able to have input on, all Prive Overseas environmental internal audits as described in Sections VII and XI.

5.      The audits as described herein will ensure that each vessel listed in Attachment 1, will be audited at least twice during the pendency of probation.

**C.      TPA ACCESS**

The TPA shall have full access to employees and officers, company records, Covered Vessels and shore side facilities to perform its auditing function.

**D.      Initial Audit**

1.      An Initial Audit will be performed by the TPA to ascertain and evaluate all areas, including the systems, equipment, and components and current practices (whether such practices are documented or not), the knowledge, skills, and abilities of ship and shore side personnel as they relate to the requirements of this ECP, the EMS, and maritime environmental protection and maritime safety requirements. The Initial Audit shall exceed a typical

20



SMS audit or vetting process, and shall be used to examine practices, procedures, and equipment conditions not typically documented during a routine inspection by class society, port state or flag state inspection. The results of the Initial Audits shall be used to shape and revise as needed the EMS required by this ECP.

2.    Each Initial Audit shall:

    a.    except as permitted in Section VI(1)(2), be performed while the vessel is underway, when systems are in operation and when personnel are performing their normal routines;

    b.    assess all waste streams developed from any system, equipment and components related to cargo and cargo tanks, or found in any engine room or machinery space onboard the vessel, including observations and documentation describing any apparent leakages that may contribute to bilge loading;

    c.    determine the status and quantify leakages stemming from:

        (1)    all pump and valve seals and glands during operation;

        (2)    all piping systems, flanges, gaskets, fittings, and joints;

        (3)    all equipment casings including on the main and auxiliary engines and reduction gears;

        (4)    the operation of engines, boilers, incinerators, evaporators; and

        (5)    other mechanical components found aboard the Covered Vessels;

    d.    assess the adequacy and performance of the OWS, OCM, Incinerator, Sewage System, and any other pollution prevention equipment to handle the quantities and types of wastes developed during normal operations, including an evaluation of the capacities for all tanks or containers associated with the management of oily residues (sludge), bilge water, other oily wastes, or other wastes, and with regard to the OWS and OCM, specifically include an operational test of the system under actual operational conditions, with consideration of the manufacturer's recommendations. Such test to include an hour of continuous processing of the contents of the Bilge Holding Tank without dilution, and without dilution of the sample line leading to the OCM, conducted in the presence of the auditor(s), Chief Engineer, Second Engineer, and any other engine room personnel assigned responsibility for the operation and/or



maintenance of the OWS; provided that if an actual discharge is not feasible due to the location of the vessel or the levels of the Bilge Holding Tanks, then the discharge shall be through a recirculation line, in accordance with procedures approved by Class, and provided further that soundings of the Bilge Holding Tanks shall be made before and after the test and shall be made a part of the audit record, and providing that any alarms shall be recorded and made a part of the audit record, all of the above to be recorded in the Oil Record Book, but in the event that the assessment determines that the OWS is not adequate, then an immediate report shall be made to the CCM and the Government, with a copy of the engine room alarm printout to be retained and appended to the Oil Record Book page documenting the test.

e.  include an evaluation of documentation tracking, maintenance, repair, and modifications of such pollution prevention equipment, and notifications of the failure of such pollution prevention equipment to shore side personnel;

f.  assess each vessel's crew and its ability to handle the operational, maintenance, and repair workloads in maintaining all systems, equipment, and components onboard, and to minimize waste stream development, in particular assessing whether the size of the engineering crew is adequate for the customary workloads;

g.  assess the adequacy of Prive Overseas' existing EMS, procedures, current practices, and equipment, including storage capabilities used to manage all shipboard wastes streams generated in all areas of the vessel, and the effectiveness of garbage management plans;

h.  assess the adequacy of Prive Overseas' existing EMS with regard to the practices and equipment associated with cargo wastes, and slop tanks if the ship is so designed, and management developed during the various evolutions of cargo operations;

i.  assess the machinery spaces for vulnerabilities to unauthorized ways to dispose of waste, and document any methods or vulnerabilities so identified, specifically, assess whether the vessel is fitted with a duct keel, or equivalent space, and whether the duct keel has been used for the storage of oily water;

j.  assess the adequacy of the vessel's crewmembers to maintain the following records, as applicable, including a thorough comparative analysis of recorded values (against each other where possible):

    (1)  Oil Record Book;

22



    (2)     Engine Room alarm printouts;

    (3)     Tank sounding logs;

    (4)     Crew lists;

    (5)     Maintenance records;

    (6)     Vendor service records;

    (7)     Slop and waste receipts

    (8)     Oily bilge water and sludge receipts;

    (9)     Deck Log;

    (10)    Garbage Record Book;

    (11)    Oil to Sea Equipment Interface records;

    (12)    Hazardous waste manifests;

    (13)    Solid waste discharge receipts;

    (14)    OCM calibration records;

    (15)    Training records;

    (16)    ~~Vetting documents;~~

    (17)    Inspection Documents; and

    (18)    EMS or internal audit documents.

k.    assess the adequacy of the policy, procedures, and current practices used to store and dispose of the following, if applicable:

    (1)     Solvents;

    (2)     Degreasers Cleaning wastes;

    (3)     Batteries;

    (4)     Paints;

    (5)     Oily rags;

    (6)     Fluorescent and incandescent bulbs;



     (7)    Expired boiler and engine chemicals;

     (8)    Used boiler and engine chemicals;

     (9)    Galley greases;

     (10)   Pyrotechnics;

     (11)   Medical supplies;

     (12)   Contaminated bunkers;

     (13)   Used Oils and greases;

     (14)   Incinerator ash;

     (15)   Transformer oils;

     (16)   Contaminated refrigerants; and

     (17)   Hazardous materials;

l.    assess and evaluate documentation showing whether all officers on board Covered Vessels understand the requirements of the EMS;

m.   assess the EMS and current practices and procedures associated with the Master and Chief Engineer's capability to communicate regarding issues relating to the EMS with shore side personnel including the CCM and other appropriate managers as required, and review such communications;

n.   assess the frequency and adequacy of shipboard pollution prevention and environmental protection meetings and training through interviews of crewmembers and review of records;

o.   assess the current practices and procedures used on the vessel and ashore to track crewmember environmental training, and the availability of, and access to, training resources on board and ashore;

p.   assess the adequacy of reference materials related to each environmental procedure required by this ECP, the EMS and other maritime environmental protection requirements;

q.   assess the adequacy of existing reporting methods to report environmental concerns through a user-friendly system and evaluate whether a reporting individual may remain anonymous; further reviewing processes for handling reports of environmental concerns made by crewmembers and shore side personnel; also evaluate the



adequacy of signage and instructional material posted onboard the vessel relevant to availability and use of the existing reporting methods;

r.    assess the applicable EMS to ensure that vessel vendors, technicians, and other non-crewmembers are encouraged to follow requirements regarding pollution prevention and environmental protection;

s.    assess any existing Environmental Tag System ("ETS") tracking and valve locking program including the storage of Environmental Tags, and the prevention of the use of duplicate Environmental Tags;

t.    assess the EMS procedures and the equipment used to maintain refrigeration units, including the availability and status of refrigerant recovery units, the procedures for recovering refrigerants, and the maintenance of a refrigerant leak log;

u.    assess the EMS procedures and equipment related to cargo tanks, oil transfer procedures, including slop tanks if ships are so designed, bilges and sludge discharges, conditions of hoses, connections and transfer equipment, including reviews of Declarations of Inspections, and methods in place to prevent illegal discharges via the shore connections;

v.    assess the EMS procedures and the equipment used to handle emergency releases of hazardous fluids or pollutants on deck or within machinery spaces of the vessel, including a review of the Shipboard Oil Pollution Emergency Plan and an evaluation of the capabilities of personnel performing such duties;

w.    assess all records related to any failure of existing safety or other management systems, including a review of nonconformities and respective corrective actions;

x.    assess the EMS procedures associated with ballast water management and anti-invasive species requirements;

y.    assess the EMS procedures addressing compliance with the Vessel General Permit ("VGP") under the EPA's National Pollutant Discharge Elimination System ("NPDES") in US waters;

z.    assess the availability and content of various manuals, schematics and documents required in the use of all pollution prevention equipment and activities.

25



**E.    Ongoing Audits**

Ongoing Audits will consist of all the elements of the initial audit and any additional requirements created during the revision of the relevant EMS and the implementation of the updated EMS. In the event that any deficiencies are noted during an Ongoing Audit, Prive Overseas must manage a feedback system that communicates the deficiency to the relevant persons and monitors the correction of the deficiency. Such feedback system must be amenable to an audit.

**F.    Final Audits**

The Final Audits shall take place during the fourth year of probation and shall also be performed in the same manner as the Initial and Ongoing Audits. The Final Audits may take place starting in year three, if in the discretion of the CAM, the other requirements of the ECP and EMS have been completed. The Final Audits shall also assess Prive Overseas' full implementation of its updated EMS and evaluate, for the Government, Prive Overseas' capability to ensure and sustain complete compliance with the requirements of this ECP, the EMS, and other maritime environmental protection requirements. The CAM shall provide independent verification of the status of Prive Overseas' compliance with this ECP. The content of the Final Audits shall be as described in this Section VII.

**G.    Deficiencies/Non-Conformities**

A deficiency or non-conformity is any violation of marine environmental protection requirements *(See* Section I) and the additional requirements and policies established by this ECP. Audit reports shall identify and explain in narrative form all deficiencies noted during the audit process. If appropriate, a recommendation may be developed by the TPA or CAM for any deficiency noted.

**H.    Major Non-Conformities**

1.    In the context of this ECP and the work of the TPA, a Major Non-Conformity is a violation of marine environmental protection requirements or requirements and policies established by this ECP that consists of or contributes to the discharge or potential discharge of unpermitted garbage, oil, oily wastes or other prohibited wastes. It may also include the discovery of pollution prevention equipment determined to be inadequate in terms of processing and monitoring capabilities or inadequate with respect to the quantities of wastes such equipment may be required to process. It may also include evidence that any crewmember has acted in any way to circumvent pollution prevention equipment or a marine environmental protection requirement.

2.    In the event of a determination of a Major Non-Conformity, the TPA shall make immediate notifications to Prive Overseas, the CAM and the Government. The CAM shall also timely notify Prive Overseas and the

26

Government if it discovers a Major Non-Conformity during a Final Audit. Such notification may include a recommended course of action.

3.  The CCM shall establish and provide a corrective action plan for any deficiencies, taking into account any recommendations received from the TPA or CAM. Prive Overseas shall promptly take corrective action with regard to any Major Non-Conformities. Corrective action shall be taken with regard to deficiencies within 60-90 days from identification of the issue. The CCM shall report annually on the status of implementation of each corrective action to the Government, to the Prive Overseas MD.

## VIII.  ENGINEERING REQUIREMENTS

### A.  Time of Implementation

Unless otherwise stated, all of the Engineering Requirements set forth below shall be implemented on Covered Vessels as soon as practicable, as determined by the CCM, and not later than one year from the date of sentencing.

### B.  Environmental Tag System

1.  Prive Overseas shall implement an ETS to prevent unauthorized usage or connections within the engine room and machinery spaces. Under the ETS, Prive Overseas shall require crew members to use numbered seals to prevent the unauthorized connection to, and discharge through, piping systems that are or may be connected to a machinery space or other bilge system.

2.  The ETS seals shall be non-reusable and uniquely numbered. An ETS Seal Log shall be maintained by the Master and Chief Engineer that records each time a seal is affixed or removed, including the date, time, seal number removed, seal number affixed, personnel involved, and reason for any seal removal/replacement.

3.  Any existing seals that are found to have deteriorated or had their numbers partially/completely erased shall be replaced timely, with the reason for replacement entered in the Seal Log.

4.  The Master of each vessel shall retain the replacement environmental tags under his/her control in a secure location. The CCM will be responsible for ensuring that no duplication of ETS seal numbers occurs on any Covered Vessels and will maintain a master tracking document indicating which series of environmental tags have been supplied to each vessel.

### C.  Bilge-Main Cross Connections

1.  Prior to sentencing Prive Overseas shall notify all of its Covered Vessels regarding the prohibition against using cross connections from engine room

27



bilge mains to the suction piping of larger pumps which may be referred to as the "fire and general service pump" or "fire, bilge and ballast" pump. The notification shall state that the usage of these crossovers is similar to bypassing the OWS equipment and is strictly prohibited. Cross connections to eductor systems or any other system capable of pumping out bilge and wastes will also be referenced.

2.   The deck plates above or near the locations of these cross connections or other interconnected systems and the valve bodies and associated hand wheels shall be painted international orange. A brightly colored sign with three-inch letters shall be permanently fixed nearby, stating - "Bilge System Piping Crossover - Emergency Use Only."

3.   To prevent unauthorized usage of those valves, Prive Overseas shall require that ETS tags be placed on such valves. The ETS Seal Log shall track any time a crossover to the bilge main is opened. If the valves are remotely operated from the engine control room, the associated push button must be unable to be used without breaking an Environmental Tag. A suitable sign must be posted near the associated push buttons or switches providing restrictive language similar to that above (Section C(2)) as to its use.

**D.   Emergency Bilge Suctions**

All other bilge suction valves not connected to the bilge main, and independent emergency suctions to the vessel's engine room bilges like those which may be connected to sea water circulating pumps, shall be painted brightly and labeled in a manner similar to "Emergency Bilge Suction - Emergency Use Only." The valve wheels will also have a numbered and logged ETS tag capable of breakaway during emergencies, testing, and maintenance. In addition to the ETS Seal Log, the applicable ETS tag numbers shall be recorded in the Chief Engineer's official ETS Log Book, which Log Book shall include explanations for breakage or replacement of any ETS tags.

**E.   Blank Flanges**

1.   To prevent unauthorized connections within the engine room and machinery spaces of the Covered Vessels, every blank or potentially removable flange associated with any piping leading overboard, on systems such as salt water service, main engine raw water cooling or other systems, shall be permanently secured, removed, or fitted with numbered ETS tags through the flange bolts that will break when such bolts are removed, to prevent unauthorized connections and discharges. The ETS tags used shall be numbered and records kept in the ETS Seal Log. Alternative sealing methods, such as numbered foil-coated sticker seals for flanges, may be considered.

2.   The blank flange securing the bilge and sludge transfer system shore connection discharge valve at the discharge stations shall also require a

28



numbered ETS tag. The applicable ETS tag numbers shall be recorded in the ETS Seal Log.

**F.    Bilge/OWS Cleaning and Maintenance**

1.    Every Covered Vessel shall perform cleaning and maintenance of the OWS at least every six months, and the machinery space(s) bilge and the bilge holding tanks at least every eighteen months. This cleaning and maintenance records shall be entered in the vessel's Oil Record Book. Such records shall include: (a) the specific area cleaned; (b) the name of each chemical used to clean the specified area; and (c) confirmation that such chemicals are bilge and OWS-compatible.

2.    Each Covered Vessel must maintain a minimum of six months' supply of bilge and OWS-compatible cleaning products. Upon request, the TPA may assess Prive Overseas' cleaning and maintenance procedures for the machinery space(s) bilge, the OWS, and the bilge holding tanks and/or request an inventory of bilge and OWS-compatible cleaning products currently available on each of the Covered Vessels.

**G.    Ship Source Pollution Research and Development Project**

1.    Prive Overseas agrees that to the extent funding is provided by the Government, it will assist and make Covered Vessels reasonably available as test platforms for prototype equipment testing and other research purposes during the probationary period; provided that the testing or research can be done safely and without delay to the vessels' schedules, and subject to authorization from vessel owners and charterers.

2.    The intellectual property rights from any technology developed by such research may be allocated by whatever agreement is reached between the research institute and Prive Overseas. However, the research partnership shall make all resulting reports publicly available for the benefit of the maritime community.

**H.    Additional OWS / OCM Requirements**

1.    The sample line from the OWS discharge connection to the sample/flush line control valve will be painted a bright color to distinguish it from other tubing and piping in the area. The line must be routed so it is clearly visible to the extent possible for its entire length. No additional connections or tees of any kind may be added to the line.

2.    The end connecting to the OWS discharge pipe may be fitted with a manual valve or petcock, or tamper proof automatic valve. The tube end fittings and the valve handle must be fitted with a numbered seal that will break if the valve is closed, removed, or if the tubing connection nut is loosened. The



end nearest the sample/flush line control valve and any tubing in between the control valve and the OCM will be similarly protected to prevent any disassembly of the sensing system.

3.  Prive Overseas shall perform testing that ensures that the OCM requires a sample flow for normal operation and control. Any OCM that allows the OWS to function normally without sample flow is prohibited unless all valves from the OWS discharge to the sample/flush line control valve are removed. Prive Overseas shall ensure that every Covered Vessel's OWS is configured and capable of being fully operationally tested in port with the skin valve closed.

4.  Every Covered Vessel shall perform monthly operational tests of the OWS and OCM. The test shall be logged in the vessel's Oil Record Book and the vessel's Master shall send a report to the CCM.

5.  Every Covered Vessel shall conduct an annual operational test of the OWS system under actual operational conditions, with consideration of the manufacturer's recommendations, such test to include an hour of continuous processing of the contents of the Bilge Holding Tank without dilution, and without dilution of the sample line leading to the OCM[2], conducted by the Chief Engineer in the presence of a Prive Overseas Superintendent or Maker's Specialist, First Engineer, and any other engine room personnel assigned responsibility for the operation and/or maintenance of the OWS; provided that if an actual discharge is not feasible due to the location of the vessel or the levels of the Bilge Holding Tanks, then the discharges shall be through a recirculation line, in accordance with the procedures approved by Class, and provided further that soundings of the Bilge Holding Tanks shall be made before and after the test and shall be made a part of the test record, and providing that any alarms shall be recorded and made part of the test record, all of the above to be recorded in the Oil Record Book, but in the event that the assessment determines that the OWS is not adequate, then an immediate report shall be made to the CCM, the TPA, and the CAM, with a copy of the engine room alarm printout to be retained and appended to the Oil Record Book page documenting the test.

6.  Every Covered Vessel shall clean the OWS source tanks and remove any accumulated oil at least once every 24 months. Such cleaning shall be logged in the Oil Record Book.

---

[2] A test performed where the source tank is diluted with water or does not contain a representative sample of bilge water is strictly prohibited.



I.    **ODME Requirements**

1.    All discharge of effluent from the cargo tanks into the sea shall pass through the oil discharge monitoring and control system and will ensure that any discharge of oily mixture is automatically stopped when the instantaneous rate of discharge of oil exceeds allowed amounts. Any failure of the oil discharge monitoring and control equipment system shall be noted in the Oil Record Book Part II.

Oil residue may be disposed of directly from the Residual Oil Tank through the Standard Discharge connection or other approved means of disposal. There shall be no discharge connections to the bilge system, oily bilge water holding tank(s), tank top, or oily water separators. Piping to and from the Residual Oil Tank shall have no direct connection overboard.

2.    Prive Overseas shall have the ODME manufacturer or contracted distributor perform annual testing that ensures the ODME requires a sample flow for normal operation and control. Any ODME that allows overboard discharge without a sample flow is prohibited.

3.    Every Covered Vessel shall perform monthly operational tests of the ODME in the presence of the Chief Officer, and one other officer. The test shall be logged in the vessel's ORB. The Chief Officer shall send a report to the assigned superintendent and CCM.

4.    As part of the operational test performed in the presence of the TPA, every Chief Mate/Officer and any other officer responsible for ODME operation shall demonstrate that they understand how to properly operate the system, to include discharging through the ODME in "Automatic" mode. The Chief Officer and any other officers responsible for ODME operation shall demonstrate to the TPA's satisfaction that they understand how to operate the ODME, and that they understand that discharges through the ODME in "Manual" mode are prohibited.

4.    Anytime an ODME is subject to maintenance or calibration, such actions shall be logged in the ORB.

J.    **Record Keeping**

All Sounding Records (including draft records or forms used when taking soundings) and Logs required by this section shall be maintained onboard the vessel during the pendency of probation. All Engine Room alarm printouts and records shall also be maintained on board for the pendency of probation.

A portable pump log shall be maintained documenting all instances of onboard use of a pneumatic or portable pump. The log shall include a description of the fluid pumped, its source, and

31



the tank or location where the fluid was transferred. If multiple pumps are present onboard, they should be numbered. The log shall include the date, time, the pump used and shall identify the person(s) who checked out the pump and operated it.

### K.    Oil Record Book Entries

Prive Overseas shall develop and implement procedures regarding the proper maintenance of the Oil Record Books. These procedures, and a plan for their implementation will be submitted to the Government and the CAM for review.

Entries made into the Oil Record Book Part 1 shall be made and signed by the officer or officers performing or in charge of the operation and shall be countersigned by the Chief Engineer. Each page shall be signed on completion at the bottom by the vessel's Master. Prive Overseas will ensure that no engineer countersigns entries in the Oil Record Book unless that engineer performed or witnessed the operation recorded.

Entries made into the Oil Record Book Part 2 shall be made and signed by the officer or officers performing or in charge of the operation and shall be countersigned by the Chief Officer. Each page shall be signed on completion at the bottom, by the vessel's Master. Prive Overseas will ensure through policy and training that no deck personnel countersigns entries in the Oil Record Book Part 2 unless that person performed or witnessed the operation recorded.

Hard copies of all shoreside receipts shall be maintained attached to the relevant page in the applicable Oil Record Book as well as in whatever locations are specified in the environmental management system.

### L.    Tank Sounding Record Book

Prive Overseas shall require vessel personnel to sound all cargo, waste, slop, and stripping tanks at least weekly and maintain a Deck Department Tank Sounding Record Book.

Prive Overseas shall also require vessel personnel to sound all waste, sludge, and bilge tanks associated with bilge water, and/or oil residues (sludge) at least daily and maintain an Engine Department Tank Sounding Record Book.

The entries in the Tank Sounding Record Books maintained by the Deck Department and the Engine Department shall have the name and initials of the person who took the soundings, the tank designation, tank capacity, sounded quantity and time and method of sounding. The Tank Soundings Record Books must have numbered pages and be maintained in a designated location for the entire period of probation. The Tank Sounding Record Books shall be made available during all inspections and audits required by this ECP. If the person taking the sounding uses a scrap piece of paper (or other physical recording medium) while conducting the soundings, that piece of paper must also be appended to the Tank Sounding Record Book. The Government is aware that a Tank Sounding Record Book is a working document and may be dirty. If Prive

32



Overseas prepares "smooth" electronic-based Tank Sounding records, then the "rough" original logs and sounding notes must nevertheless be maintained and kept available for inspection.

**M.    Fuel Oil/Lube Oil Purifier Settings and Line Breaks**

1.    Prive Overseas shall have a standard system for monitoring fuel oil and lube oil management, including the operation of the fuel oil and lube oil purifiers and line or piping failures. Any incident involving ships receiving poor quality fuel shall be noted in the Bunker Log or similar record, and such entries shall refer to the relevant bunker receipts.

2.    Any extraordinary operations (such as frequent draining of fuel oil service and settling tanks, draining engine lube oil sump tanks of excessive water, or other problems such as waxing, compatibility, stratification or contamination) shall be recorded in the Engine Log Book. Explanations shall be provided for the handling of unburned oil residues (sludge), oils, oily wastes, and used filters.

3.    Any serious incident involving the leakage of Fuel Oil or Lube Oil leakage shall be fully documented in the Engine Log Book. A root cause analysis shall be performed and documented appropriately, along with any corrective action.

**N.    Oil-to-Sea Interfaces**

1.    Prive Overseas shall have a standard system for monitoring equipment having oil-to-sea interfaces. Such interfaces may include oil lubricated stern tubes, bow or stern thrusters, stabilizers, hydraulically operated controllable pitch propellers, and similar equipment whereby the leakage of a sealing component may cause a loss of operating medium into the waters surrounding the vessel. Any replenishment of oil into the head tanks, operating systems reservoirs or other receivers associated with this equipment shall be logged, regardless of the quantity involved. Any ingress of water or drainage of water into or from these systems must also be logged.

2.    When known, an explanation of the loss shall be provided, along with the dates and time the loss occurred and the signature of the engineer that identified the loss. Routine stern tube lube oil loss must be logged and reported on each occasion. If any Chief Engineer fails to promptly and accurately report such conditions, Prive Overseas shall investigate and take appropriate disciplinary action, which may include termination of employment, subject to applicable laws.

33



O.     **Fleet Surveys**

1.     Within 3 months of sentencing, Prive Overseas shall conduct a survey and analysis of its shoreside management, including the adequacy of the staffing (e.g., the number and competence of safety and environmental management, including designated persons ashore and technical superintendents.) This analysis shall be provided to the CAM and TPA along with any recommendations for change.

2.     Within 4 months of sentencing, Prive Overseas shall survey all shipboard engineers on its Covered Vessels, at all levels, for information on how to make the OWS, OCM, and associated systems and waste management processes tamper-proof, and for recommended equipment and procedural methods for reducing or handling waste accumulations within machinery spaces or pump rooms. An assessment requesting the frank opinions of the vessels' engineers as to their ability to adequately maintain the vessels' systems, equipment, and components will be included. The survey will also address the discharge of garbage, how much garbage can reasonable be presumed to be accumulated during a typical voyage, and how to eliminate the discharge overboard of unpermitted garbage. The survey will emphasize non-retaliation for open and honest opinions and reports of current noncompliant circumstances.

3.     The CCM and the CCM's staff shall evaluate the responses and establish a plan to evaluate, test and implement viable tamper-proofing solutions, methods to reduce and handle waste accumulations. The CCM shall also address all maintenance concerns suggested by the vessels' engineers. A summary of the reported information and corrective actions will be provided to the CAM and the Government.

## IX.     TIME REQUIREMENTS - SUBMITTAL OF ENVIRONMENTAL MANAGEMENT SYSTEM

A.     **Updated Environmental Management System**

Prive Overseas shall implement an updated EMS as more fully described in **Attachment 2.** The updated EMS will include and address the following:

1.     Environmental Policy;

2.     Environmental requirements and voluntary undertakings;

3.     Objectives and targets;

4.     Structure, responsibility and resources;

5.     Operational controls;

34



6.     Corrective, preventative action and emergency procedures;

7.     Training, awareness and competence;

8.     Organizational decision making and planning;

9.     Document control; and

10.    Continuous evaluation and improvement.

### B.    Obligation to Submit Copies of EMS

Prive Overseas shall submit copies of its updated EMS to the CAM and the Government not later than 12 months after sentencing.

### C.    Comments on EMS

The CAM and the Government may provide comments on the updated EMS within 60 days of receipt unless additional time for review is requested in writing. Prive Overseas shall submit a written reply, as appropriate, within 30 days of receipt of any comments provided. If no comments are received from any of the aforementioned parties, the EMS shall be considered to be acceptable, subject to the results of subsequent audits *(See* Section X(C) below).

### D.    Obligation to Submit Proposed EMS Revisions

If the Final Audit Report produced by the CAM recommends substantial revisions to the EMS, Prive Overseas shall submit proposed revisions to the EMS to the Government for review.

### E.    Review of Proposed EMS Revisions

The CAM and the Government may review the proposed revisions and make a recommendation to the Court as to its acceptance of the proposed revisions to the EMS.

## X.    CHANGES IN OWNERSHIP AND OPERATION

### A.    Notification of Changes

Prive Overseas agrees that it will promptly notify the CAM and the Government of any change in name, flag of registry, recognized organization, ownership, or class society of any Covered Vessels in the then-current Attachment 1 and the reason for the change. Prive Overseas shall also promptly provide the names of any additional vessels that, during the period of probation, it acquires. For purposes of this ECP, Prive Overseas "acquires" a vessel within the meaning of this Section when Prive Overseas either: (a) commercially operates the vessel; or (b) technically manages the vessel. In addition, consistent with the criteria used to determine the vessels included in Attachment 1, the term "acquire" does not include any tanker vessels or any vessels that do not call and are not intended to call U.S. ports.

35



**B.     Acquiring Additional Vessels**

1.      If, during the probationary period, Prive Overseas acquires new vessels, as defined above in this Section, Prive Overseas shall promptly provide the Government with information regarding the acquisition of the new vessels. Any new vessels that have or come to have a Certificate of Financial Responsibility pursuant to the Oil Pollution Act of 1990 will be considered Covered Vessels and subject to the terms of this ECP.

2.      New Buildings - Prive Overseas shall perform a waste stream analysis on each class of new vessel buildings that it acquires and/or assumes technical management of, as defined above in this Section, and which is subject to this ECP. As soon as practicable, and to the extent possible, Prive Overseas shall ensure a balance between the estimated waste stream generated and the capacity of the vessel's waste disposal equipment to properly dispose of waste generated by the vessel. Once acquired by Prive or coming under Prive's technical management, a vessel will be subject to an Initial Audit, Ongoing Audit, or Final Audit, depending on the year of the probation period in which it is acquired.

3.      Additional Vessels - When Prive acquires a vessel that is determined to constitute a Covered Vessel subject to the terms of this ECP, according to the definitions and procedures set forth in Sections X(A) and X(B)(l), Prive shall perform an Internal Audit (using the criteria for an Initial Audit) of the environmental capabilities of each newly-acquired vessel within 60 days of acquisition. Based upon the stage of probation when such vessels are acquired, Initial, Ongoing, and Final audits may also be required, as described in Section X.

4.      Vessels of Less Than 300 Gross Tons - Notwithstanding the above requirements, Prive Overseas shall exercise its best efforts to fully implement this ECP on any Covered Vessels of less than 300 gross tons that it technically manages but may employ modified procedures as suitable based upon the size of such vessels. Prive Overseas shall notify the Government of any such vessel(s) to which such modified procedures apply and of the nature of such modified procedures. Such required notifications shall be made to the Government within 60 days of acquisition of such vessel or within 60 days of Prive Overseas' assumption of management.

5.      Prive Overseas agrees that this ECP and its requirements shall remain in effect for all Covered Vessels in Attachment 1, regardless of changes in the vessels' flag of registry, recognized organizations, name, or class society. Prive Overseas shall notify the CAM and the Government before any vessel is released from the requirements of the ECP due to a change in ownership, commercial operation, or technical management, or scrapping of the vessel.

36



## XI.    SELF-ENFORCEMENT

### A.    Self-Enforcement Procedures

Prive Overseas agrees that it will undertake and implement the necessary procedures to ensure that the officers and crew of each of the Covered Vessels, and all shore side employees, managers, and other employees involved with the technical management, maintenance, or repair of the Covered Vessels diligently comply with this ECP and the associated requirements in their entirety. Among other efforts, Prive Overseas shall establish, authorize and fund an internal office capable of conducting independent safety and environmental audits with direct reporting line to the Prive Overseas MD, board of directors, and its parent corporation.

## XII.    SCHEDULE

### A.    Requirement to Comply With Schedule

Prive Overseas shall strictly comply with the requirements of this ECP, including the dates and periods mentioned herein. Should Prive Overseas be unable to comply with any of the deadlines herein, then prior to the deadline, Prive Overseas shall timely notify the CAM and the Government.

## XIII.   REPORTS AND COMMUNICATIONS

### A.    Submission of Documents

As described in Section I(G), the submission of all reports, audits, and other documents pursuant to this ECP, to any party or governmental interest, must be made, to maximum extent practical, in an electronic form. Prive Overseas shall communicate with the TPA, CAM and the Government about what methods of submission of this electronic data will be most practical given that each of these parties may have differing network capabilities and restrictions. Prive Overseas, the TPA and the CAM will provide to the Government paper copies of any submission or documents pursuant to this ECP if so requested.

## XIV.  ACKNOWLEDGEMENT

Prive Overseas has read this ECP carefully and understands it thoroughly. Prive Overseas enters into this ECP knowingly and voluntarily and agrees to abide by its terms. By signing below, the corporate representative agrees that such representative has been duly authorized by the Prive Overseas MD.

**For the United States:**

TODD KIM
Assistant Attorney General
Environmental and Natural Resources
Division
U.S. Department of Justice

By: _____
RICHARD A. UDELL
Senior Litigation Counsel
RYAN CONNORS
Senior Trial Attorney
Environmental Crimes Section

DUANE A. EVANS
United States Attorney
Eastern District of Louisiana

By: _____
G. DALL KAMMER
Chief, General Crimes
CHRISTINE M. CALOGERO
Assistant U.S. Attorney

**For the Defendants:**

Prive Overseas Marine

I have read this ECP and its attachments in their entirety, and have discussed them with the Prive Overseas Marine and with Prive Overseas Marine's attorneys. I hereby represent that I am an officer of Prive Overseas Marine and that I am duly authorized to enter into the plea agreement, including the ECP. I hereby acknowledge that the plea agreement and the ECP fully set forth the agreement of Prive Overseas Marine with the United States.  I further state that there have been no additional promises or representations made to or for the benefit of Prive Overseas Marine by any officials of the United States in connection with this matter.

On behalf of Defendant Prive Overseas Marine

Ercan Yilmaz // Authorized representative
Name                          Position

16th May of 2024
Date

Prive Shipping

I have read this ECP and its attachments in their entirety, and have discussed them with the Prive Shipping and with Prive Shipping's attorneys. I hereby represent that I am an officer of Prive Shipping and that I am duly authorized to enter into the plea agreement, including the ECP. I hereby acknowledge that the plea agreement and the ECP fully set forth the agreement of Prive Shipping with the United States. I further state that there have been no additional promises or representations made to or for the benefit of Prive Shipping by any officials of the United States in connection with this matter.

On behalf of Defendant Prive Shipping

Ercan Yilmaz // Authorized representative               16th May of 2024
Name                        Position                    Date

Prive Holding

I have read this ECP and its attachments in their entirety, and have discussed them with the Prive Holding and with Prive Holding's attorneys. I hereby represent that I am an officer of Prive Holding and that I am duly authorized to enter into the plea agreement, including the ECP. I hereby acknowledge that the plea agreement and the ECP fully set forth the agreement of Prive Holding with the United States. I further state that there have been no additional promises or representations made to or for the benefit of Prive Shipping by any officials of the United States in connection with this matter.

On behalf of Defendant Prive Holding

Ercan Yilmaz // Authorized representative               16th May of 2024
Name                        Position                    Date

I am counsel for Prive Overseas Marine, Prive Shipping, and Prive Holding. I have been duly authorized by corporate resolution to sign this ECP, which is attached to and incorporated into the plea agreement with the United States.

John Kinchen                                            5/16/24
Counsel for Prive Overseas Marine,                      Date
Prive Shipping, and Prive Holding

39

**ATTACHMENT 1**

Covered Vessels

| Name of Ship | IMO# | Date of COFR |
|---|---|---|
| PS QUEEN | 9358319 | |
| PS DREAM | 9358307 | |
| PRIVE ANGEL | 9397468 | |
| PS FALCON | 9283617 | |
| PS PELICAN | 9316593 | |

**ATTACHMENT 2**

**Environmental Management System**

Prive Overseas must attain ISO 14001 certification for each of its offices engaged in the technical management of the Covered Vessels. The CCM shall be responsible for maintaining the EMS certified to ISO 14001/2009 standards and in a manner which addresses the following elements:

<u>**Environmental Policy**</u>

The EMS should be based upon a documented and clearly communicated policy. Such policy should set out Prive Overseas' commitment to a cleaner marine environment. It should include:

- provision for compliance with environmental requirements;

- commitment to continuous improvement in environmental performance, including those areas required by this ECP;

- commitment to pollution prevention that emphasizes source reduction, to include funding and human resources necessary to effectively maintain and repair the systems, equipment and components found in machinery spaces of vessels;

- commitment to continuous reduction of environmental risks; and

- commitment to sharing information with external stakeholders on environmental performance.

<u>**Environmental Requirements and Voluntary Undertakings**</u>

The EMS must provide a means to identify, explain and communicate all environmental requirements and voluntary undertakings to all employees and to all vendors, technicians, and other non-crewmembers whose work could affect Prive Overseas' ability to meet those requirements and undertakings.

Environmental requirements include statutes, regulations, permits, and agreements such as this ECP. Voluntary undertakings include the adaptations of additional best practices or industry norms that Prive Overseas may choose to adopt.

The EMS must include procedures for ensuring that the organization meets such environmental requirements, voluntary undertakings and the additional requirements of this ECP. The EMS must also specify procedures for anticipating changes to environmental requirements, including new requirements that may apply as a result of changes in operations and incorporating these changes into the EMS.



### Objectives and Targets

The EMS will establish specific objectives and targets for:

- achieving and maintaining compliance with all marine environmental protection requirements and the requirements of this ECP;

- training, educating and fostering among all shipboard and shore side personnel the need for solid environmental stewardship through a conscious effort at pollution prevention and accurate recordation of shipboard evolutions;

- environmental performance demonstrating continuous improvement in regulated and non-regulated areas;

- pollution prevention that emphasizes source reduction with respect to machinery space waste streams and effective management of cargo related wastes; and

- sharing information with external stakeholders on environmental performance against all EMS objectives and targets.

The EMS must establish appropriate time frames to meet the foregoing objectives and targets. The time frames must be documented and updated as environmental requirements change, or as modifications occur in activities and structures within organizations that may affect environmental performance, or as a result of recommendations made by the TPA.

### Structure, Responsibility and Resources

Prive Overseas will ensure that it has sufficient personnel and other resources to meet its objectives and targets. The EMS will describe in detail the procedures and steps for achieving those objectives and targets. The EMS will define the compliance roles and responsibilities of all vessel and shore side personnel involved with the technical management, maintenance, and repair of the Covered Vessels, and will indicate how they and other corporate personnel will be held accountable for achieving and maintaining compliance with this EMS, the requirements of the ECP, and other marine environmental protection requirements. Additionally, it will describe how environmental performance and compliance information will be communicated to all vendors, technicians, and other non-crewmembers onboard Prive Overseas' vessels. The EMS will also establish procedures for receiving and addressing concerns raised by these personnel regarding environmental performance and compliance.

### Operational Control

The EMS will identify and provide for the planning and management of all Prive Overseas operations and activities related to Prive Overseas' technical management of the Covered Vessels, with a view to achieving the EMS objectives and targets. For example, vessel deck department, pump room, and machinery space maintenance and repair will be an important aspect in achieving and maintaining compliance and enhancing environmental performance.



### Corrective and Preventive Action and Emergency Procedures

Prive Overseas, through its EMS, will establish and maintain documented procedures for preventing, detecting, investigating, and reporting (both internally and externally), any occurrence that may affect the organization's ability to achieve the EMS objectives and targets, and for promptly initiating corrective action.

Such measures must focus particular attention on incidents that may have an effect on compliance with environmental requirements as well as on environmental performance in regulated and non-regulated areas, including requirements of this EMS, the ECP or other marine environmental protection requirements. Examples of such situations include incinerator or OWS malfunctions, overflows of tanks within machinery spaces, fuel oil, lube oil, or saltwater line failures, operator errors and other accidental releases .

The EMS must also establish documented procedures for mitigating any adverse impacts on the environment that may be associated with accidents or emergency situations, and for ensuring that similar incidents are avoided. The EMS must include procedures for tracking any preventive and corrective actions that are taken. If the environmental violation or incident resulted from an identified weakness in the system, the EMS should be updated and refined to minimize the likelihood of such problems recurring in the future. The EMS should also, to the extent possible, provide for the testing and evaluation of emergency procedures.

### Training, Awareness, and Competence

The EMS must establish procedures to ensure that all personnel (including vendors, technicians, and other non-crewmembers) whose job responsibilities affect the ability to achieve the EMS objectives and targets, have received sufficient training and/or familiarization regarding the EMS requirements to enable such persons to meet their specific EMS responsibilities. In particular, the training and/or familiarization should enable such personnel to be aware of, and comply with, environmental requirements specific to their duties under the EMS and this ECP and other marine environmental protection requirements. Additional training requirements are set forth in Attachment 3.

### Organizational Decision-making and Planning

The EMS must describe how these various Management System elements will be integrated into the organization's overall decision-making and planning, in particular, decisions on capital improvements or recommendations on capital improvements, training programs, vessel operations, and maintenance and repair activities. Specific information shall be provided relating to the additional resources and oversight required of older vessels within its fleet.



**Document Control**

The EMS must establish procedures to ensure maintenance of appropriate documentation relating to its objectives and targets and should also ensure that those records will be adequate for subsequent evaluation and improvement of the operation of the EMS. Additionally, it must document the organization's state of compliance with marine environmental protection requirements and the requirements of the ECP. All records will be maintained and made available to the TPA, and Port and Flag State Personnel.

**Continuous Evaluation and Improvement**

The EMS must include methods to perform periodic, documented and objective auditing of the organization's performance in achieving these objectives and targets and on how well the EMS assists the organization in achieving those objectives and targets. This requirement is independent from the auditing requirements detailed elsewhere in this plan. The goal of such internal audits and reviews will be to allow management to continuously monitor and access vessel systems, equipment and components, and the ability and proficiency at which vessel crewmembers and personnel ashore comply with the policies and procedures established by this EMS.

Additionally, the EMS will:

• identify an ongoing process for assessing operations for the purposes of preventing and controlling or minimizing waste stream development and releases , ensuring environmental protection, and maintaining compliance with a primary emphasis on marine engineering, vessel machinery space systems, equipment and components and any shipboard systems having oil-to-sea interfaces, including criteria for when a vessel is to be taken out of service for an environmental discharge-related repair such as when caused by leaking stern tubes, thrusters or other equipment;

• include organization charts, as appropriate, that identify shore side and vessel individuals having environmental performance, risk reduction, and regulatory compliance responsibilities, and specify responsibilities of Port Captains, Port Engineers, and Engineering Superintendents to report information related to environmental releases or inadequate performance of environmental pollution protection equipment, system casualties resulting in internal spills, excessive waste development and leaking equipment with oil-to-sea interfaces;

• promote non-retaliatory practices and ensure that employees are not punished or otherwise suffer negative consequences for reporting violations of environmental laws, regulations, or policies, and describe potential consequences for departure from specified operating policies and procedures, including possible termination of employment, and liability for criminal/civil/administrative penalties as a result of noncompliance;

• make employee compliance with environmental policies of this ECP, the EMS and other



marine environmental protection requirements a positive factor, and failure to comply a negative factor, in all evaluations undeltaken for the performance of all its employees;

- include policies against any incentive or bonus programs based on minimizing operational costs associated with the operation, maintenance and repair of machinery space systems, equipment and components, to ensure that employees do not avoid such costs and thereby sacrifice environmental compliance;

- describe a confidential non-compliance repolting system that is adopted to ensure that employees may quickly and confidentially report discharges, spills, environmental incidents and other environmental performance data;

- identify all operations and activities where documented standard operating practices (SOPs) are needed to prevent potential violations or unplanned waste stream releases, with a primary emphasis on marine engineering, vessel engine room and machinery space operations, systems, equipment and components, including the development of SOPs and the manuals described in Attachment 4;

- identify the types of records developed and maintained in support of the ECP and the EMS, such as reports, audit working papers, correspondence, communications, and reports from the confidential system for non-compliance reporting, identify personnel responsible for their maintenance, and identify procedures for responding to inquiries and requests for release of information;

- provide a system for conducting and documenting routine, objective, self-inspections by Prive Overseas internal auditors, supervisors and trained staff to check for malfunctions, deterioration, and inadequate maintenance of pollution prevention equipment, worker adherence to SOPs, unusual situations, and unauthorized releases; and

- identify a dedicated funding source which is rapidly and easily accessible for necessary expenditures for personnel training, parts inventory and ordering, and maintenance of pollution prevention equipment.



**ATTACHMENT 3**

Employee Training Program

(1)     The CCM will be responsible for ensuring there are training programs in place to educate and train Prive Overseas vessel and shore side employees associated with the technical management of the Covered Vessels. The CCM shall name a Company Training Manager to ensure that the requirements of this section are met.

(2)     Training shall occur at least annually. Training may be performed by qualified instructors at a training facility or through Computer Based Training. Crewmembers shall receive such training before signing on board a Covered Vessel, or if unable to receive such training beforehand, within 7 days of signing on board. Existing shore-side employees associated with the technical management of the Covered Vessels must receive such training within 6 months of the commencement of the probationary period. New shore-side employees associated with the technical management of the vessels hired after 6 months from the commencement of the probationary period must receive such training before the employee assumes his or her duties.

(3)     The training shall include pertinent sections of this ECP, the EMS, and existing marine environmental protection requirements and discussion of the consequences to Prive Overseas and its employees for failure to comply with the requirements of this ECP.

(4)     The training for crewmembers and Superintendents shall include shipboard-related technical and practical information associated with pollution prevention and the operation, maintenance and repair of pollution prevention equipment and systems as appropriate for the work responsibilities and department in which an employee works.

(5)     The training shall also include instruction regarding:

•       Corporate environmental compliance structure, including the CCM and contact information;

•       Comprehensive overview of this ECP, the EMS, and other marine environmental protection requirements;

•       The reporting system used to report non-compliance;

•       Consequences for violations such as remedial training, suspension, termination, and civil and criminal liability;

•       Pollution prevention and minimization programs specifically relating to steward, deck, and engine depaliment procedures and operations;

•       All requirements set forth in the Engineering section of this ECP;



- Position specific training in the operation, maintenance and repair of OWS, incinerators and other pollution prevention equipment;

- Procedures for solid and hazardous waste segregation and storage, disposal, and reporting of releases; and

- All other shipboard environmental protection related procedures examined and described in Section VII of the ECP.

(6)    A basic initial training program shall be provided to vessel employees currently onboard Covered Vessels at the time the plea is entered in an effort to promptly mitigate pollution risk and ensure environmental protection . Employees must also receive the full instruction described in the preceding paragraph prior to returning to a vessel on a new contract.

(7)    The Company Training Manager will maintain a catalog that provides an overview of the training courses; identifies the person responsible for delivering the training; and establishes a tracking system to monitor the type, frequency and successful completion of training.

(8)    The CCM shall provide the TPA with details of environmental training courses provided to their officers and crew at establishments ashore, along with their annual schedule. The TPA shall be required to attend and conduct a review of such courses at a minimum of one training establishment per year during the Initial and Ongoing phases, provided that courses at all the training establishments are reviewed at least once during the first two years of the probation period.

(9)    During the Final phase, the TPA shall conduct a review of training courses offered at the location with the highest number of students, representing the nationality that forms the majority of Prive Overseas' shipboard crew.



**ATTACHMENT 4**

**Bilge, Sludge, Sewage & Hazardous Materials**

In addition to the requirements set forth in Attachment 2, the following subjects shall be addressed in the EMS:

**Cargo Tanks and Slops, and MARPOL Annex 1 and 2 Management**

- Sets forth Prive Overseas' policy and detailed procedures regarding management, disposal and discharges from cargo tank striping/washing systems, including the identification of persons responsible for shipboard environmental compliance for cargo tank striping/washing systems;

- Sets forth applicable ECP and EMS requirements, domestic and international laws, regulations and standards (including applicable portions of the United States Code of Federal Regulations ("CFR"), other pertinent pollution laws and regulations, MARPOL regulations, and standards);

- Sets forth reporting requirements (including internal and external reporting requirements relating to spills and discharges);

- Sets forth a general overview of the engineering requirements of this ECP and addressing cargo tank striping/washing systems equipment and components;

- describing system operation and procedures for usage of all associated cargo tank striping/washing systems equipment and components.

- describing record keeping of Oil Record Books, including items to be recorded, as required by MARPOL, and record keeping requirements of additional logs described in the Engineering section of this ECP;

- describing consequences for violation of regulations, policies and procedures, including individual and corporate consequences for violations, remedial training, possible suspension or termination of employment, and civil and criminal liability; and



**Bilge Water and Sludge Management:**[3]

- describing Prive Overseas' policy and detailed procedures regarding management, disposal and discharges, including the identification of persons responsible for shipboard environmental compliance;

- describing applicable ECP and EMS requirements, domestic, and international laws, regulations and standards (including applicable portions of the United States Code of Federal Regulations ("CFR"), other pertinent pollution laws and regulations, MARPOL regulations, and standards);

- describes reporting requirements (including internal and external reporting requirements relating to spills and discharges);

- containing a general overview of the engineering requirements of this ECP and addressing bilge water, oily wastes, sludge systems equipment and components. This shall also include manuals for incineration, separation and monitoring equipment and system schematics and routine, daily and preventative maintenance and the identification and required inventory of all critical spare parts;

- describing fundamentals and maritime practices of waste stream minimization including engine room housekeeping, minimization of bilge loads and leakages, use of proper cleaning chemicals, and prevention of sewage and black water spills into bilge tanks in accordance with the requirements of this ECP, the EMS, and other marine environmental protection requirements;

- describing system operation and procedures for usage of all associated bilge management equipment, the sealing and securing of associated valves, offloading procedures and necessary operational checklists;

- describing record keeping of Oil Record Books, including items to be recorded, as required by MARPOL, and record keeping requirements of additional logs described in the Engineering section of this ECP;

- describing consequences for violation of regulations, policies and procedures, including individual and corporate consequences for violations, remedial training, possible suspension or termination of employment, and civil and criminal liability; and

- describing processes associated with the sealing and locking program for system crossover and connection valves where bilge systems tie into ballast, general service and other pumping or education systems, and the processes for sealing other identified connections and other systems capable of bilge removal with the use of the OWS.

---

[3] The amendments below are for clarity and do not substantively change the government requirements.

**Sewage Treatment:**

- describing Prive Overseas' policy and procedures regarding management, disposal and discharges, including the identification of persons responsible for environmental compliance;

- describing applicable ECP and EMS requirements, domestic and international laws, regulations and standards, including applicable portions of the CPR, other pertinent pollution laws and regulations, MARPOL regulations, and standards;

- describing internal and external reporting requirements relating to discharges;

- describing general overview of system including the basic and general functions of sewage systems and equipment, including system schematics;

- describing fundamentals and maritime practices of sewage system management in accordance with the requirements of MARPOL 73/78 and the ECP;

- describing system operation and procedures including the standard operating procedures for usage of all sewage equipment and systems, and operational checklists;

- describing maintenance of sewage system equipment, including routine, daily and preventative maintenance, record-keeping, and the identification and required inventory of critical spare parts; and

- describing consequences for violation of regulations, policies and procedures, including individual and corporate consequences for violations, which may include remedial training, possible suspension or termination of employment, and civil and criminal liability.

**Hazardous and Solid Waste Management**

- describing Prive Overseas' policy and procedures regarding management, disposal, and discharge, including the identification of persons responsible for environmental compliance;

- describing applicable ECP requirements, domestic and international laws, regulations and standards, including applicable portions of the UNITED STATES Code of Federal Regulations, other pertinent pollution laws and regulations, and MARPOL regulations and standards;

- describing internal and external reporting requirements for tracking and disposal of covered wastes;

- describing systems used to control, treat and dispose of specific wastes, including system schematics, where appropriate;



- describing fundamentals and maritime practices of waste minimization that include discharge procedures in accordance with the requirements of MARPOL 73/78 and the ECP;

- describing the system operation and procedures, including standard operating procedures for usage of hazardous waste management systems, off-loading procedures, and operational checklists;

- describing procedures for completing required discharge receipts and other entries;

- describing routine, daily and preventative maintenance, record-keeping, and the identification and required inventory of critical spare parts; and

- describing consequences for violation of regulations, policies and procedures, including individual and corporate consequences for violations, to include remedial training, possible suspension or termination of employment, and civil and criminal liability.

**Required Documentation and Reference Material:**

Requiring that the following documentation and reference material will be readily on board each Covered Vessel:

- Regulatory References;

- System Schematics (where applicable);

- Tank Tables;

- Tank Arrangements;

- Holding Capacities;

- Critical Spare Parts List;

- MSDS for any chemicals or hazardous substances used in the Engine Room;

- List of Regulated Wastes;

- Discharge Restrictions List;

- Forms;

- List of Sealed Valves; and

- List of Locked valves.



**ATTACHMENT 5**

**Reports and Notifications to be Provided to the Court Appointed Monitor**

1.  Audit reports prepared by the TPA shall be provided to the CAM at the same time they are provided to Defendants.

2.  Reports of non-compliance received from employees or others shall be provided to the CAM (and the United States) immediately.

3.  All actions taken by the CCM in response to reports of non-compliance received from employees or others shall be provided to the CAM in a timely manner.

4.  Quarterly reports made to the Prive Overseas MD concerning compliance with and implementation of this ECP, the EMS, and other maritime environmental protection requirements shall be provided to the CAM at the same time they are provided to the Prive Overseas MD

5.  Annual summaries of reports by the CCM to the Prive Overseas MD, including issues of non-compliance and corrective action taken shall be provided to the CAM at the time they are made to the Prive Overseas MD.

6.  Reports of circumstances where the Company fails or is alleged to have failed to fully support and finance the implementation of the ECP and the EMS shall be reported promptly.

7.  Reports of Analysis of representative oil samples.

8.  Internal audit reports and supporting documents shall be provided to the CAM within 5 business days.

